# Court of Appeals
# of the State of Georgia

ATLANTA,__May 07, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A1207.  CALVAN DUGGANS v. STATE.**

Calvan Duggans appeals from the trial court's order denying his motion for an out-of-time appeal following his 2010 guilty plea. In his notice of appeal, Duggans asked the trial court clerk to transmit the entire record to this Court, omitting nothing. The electronic record transmitted to this Court, however, does not contain a transcript from Duggans's guilty plea hearing.[1] Accordingly, this case is REMANDED to the Clerk of the Superior Court of Bibb County so that the transcript from the guilty plea hearing may be included with the record. Upon completion of the record, the clerk is directed to transmit the complete record to this Court for re-docketing of the appeal. See OCGA § 5-6-43 (a). Duggans need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/07/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Upon inquiry to the trial court clerk, it appears that the hearing was taken down by a court reporter, but no transcript was generated.